IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:

NICHOLAS M. CASILLAS

   Debtor

NICHOLAS M. CASILLAS            CASE NO. 25-30611-cgb
                                               Chapter 7

   Plaintiff                              ADVERSARY NO. 25-03012

VS.

U.S. DEPARTMENT OF EDUCATION

   Defendant

**JOINT MOTION FOR JUDGEMENT WITH STIPULATED FACTS**

Comes Now Nicholas M. Casillas, Debtor and Plaintiff through his attorney Edgar J. Borrego, and the U.S. Department of Education, Defendant through its attorney, Steven Bass, and files this Joint Motion For Judgment With Stipulated Facts. In support of this Motion, the parties will show:

I.

Nicholas M. Casillas filed a Chapter 7 petition under Title XI on May 15, 2025.

II.

At the time of filing, Debtor was indebted to the U.S. Department of Education for student loans being serviced through Nelnet.

III.

Debtor filed this Adversary Proceeding to determine the dischargeability of his student loan debt to the Defendant.

IV.

Debtor submitted to the Defendant an Attestation In Support Of Request For Stipulation Conceding Dischargeability of Student Loans to show that excepting the student loan from discharge would cause an "undue hardship" to himself within the meaning of 11 U.S.C. 523(a)(8).

V.

Defendant agrees that the student loan debt should be discharged because repaying the debt would cause Plaintiff an undue hardship.

VI.

The parties stipulate to the following facts that support the agreement that the student loan should be discharged:

1. Debtor filed for bankruptcy under chapter 7 of U.S. Bankruptcy Code on May 15, 2025.
2. At the time of filing, Debtor was indebted in the approximate amount of $45,426.00 to the Defendant on a student loan to fund his education.
3. Debtor graduated from Texas Tech University in May 2016 with a Bachelor's Degree in Public Relations.
4. Debtor was employed and making payments on his student loan to Defendant.
5. Debtor suffered a stroke on December 25, 2022 and is no longer employed and will not be employable due to lasting effects on his mobility, cognitive abilities, speech and ability to manage daily situations.
6. Debtor's only source of income is $498.57 from a Hartford Life policy. He was awarded Social Security Disability payments in the amount of $1,570.90 but he has yet to receive any payments. See Attached Affidavit and Social Security Award Letter.
7. It is unlikely that Debtor will be able to make payments on the student loan for a significant part of the repayment period due to his stroke and the resulting aphasia.
8. Since receiving the student loan, Debtor has made at last $4,062.00 in payments on the loans. Said payments show his best effort to make payments on the loan.
9. Debtor will not be able to maintain a minimal standard of living if forced to continue paying the student loan. Nearly all of Debtor's disposable income goes towards uninsured medical expenses- deductible, co-pays, prescriptions, etc.- and essential living expenses.
10. Debtor's disability is likely permanent and he will most likely be unemployable in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant in the Adversary Proceeding hereby respectfully request this Court to enter an Agreed Judgment declaring the loan owed to Defendant as being discharged in the Debtor's underlying bankruptcy case and for other and further relief as is just.

Respectfully Submitted,

_____
Edgar J. Borrego
Attorney for Plaintiff
SBOT: 00787107
Tanzy & Borrego Law Offices
2610 Montana
El Paso, Texas 79903
Tel: (915) 566-4300
Fax: (915) 566-1122
eborrego@tanzyborrego.com

/s/ Steven B. Bass
_____
Steven B. Bass
Assistant U.S. Attorney
Attorney for Defendant
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Florida State Bar: 767300

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was either sent by first class mail or by electronic means to the U.S. Trustee at 615 E. Houston, Ste. 533, San Antonio, Texas 78205-1539; to Steven B. Bass at 903 San Jacinto, Ste. 334, Austin, TX 78701; to Aldo Lopez at 5822 Cromo Dr., El Paso, TX 79912; to the U.S. Department of Education at 50 United Nations Plaza, Mailbox 1200, Room 1176, San Francisco, CA 94102; and Nicholas M. Casillas at 1912 Sun Spot, El Paso, TX 79938 on this the 19 day of Sep, 2025.

_____
Edgar Borrego

}State of Texas
}County of El Paso

I, Manuel Richard Casillas, Jr., have been appointed agent for the Nicholas Casillas, and hereby state the following under penalty of perjury:

"Nicholas Casillas' has been approved for Social Security disability benefits in the amount of $1,570.90. However, as of the date of this Affidavit, he has not received any of the funds awarded. His only other source of income is $498.57 from a Hartford Life policy."

Manuel Richard Casillas, Jr.

Dated this 17th day of Sept, 2025

Notary Public



CRISTINA B RODRIGUEZ
Notary ID #124185862
My Commission Expires
April 20, 2026

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: March 31, 2025
BNC#: 25MS087D03439-HA

0000287 00032497   3 MB  0.622  0327M3MCS7PI T237 P19


NICHOLAS CASILLAS
1912 SUN SPOT
EL PASO, TX 79938-4602

We have approved your application for disability benefits. Your entitlement date is June 2023.

Any future payments will be based on your current monthly benefit rate of $1,570.90.

## Why We Are Delaying Your Social Security Payments

We have determined that you need help managing your payments. We will be selecting a qualified person to receive your payments. We call this person a representative payee. It will be your payee's duty to manage your Social Security payments for you and use them for your needs.

## What You Need To Do

If you know someone who can be your payee, please call us at either of the telephone numbers shown at the end of this letter. We will consider this person for your payee. Also, call us within the next 30 days if you do not hear from us. You may be able to get some payments directly while we make our decision.

## When We Begin Your Payments

When we begin your Social Security payments, you will be paid all money that is due you. When we make a decision about your payee, we will send you another letter. This letter will explain what you can do if you disagree with our payee decision.

## The Date You Became Disabled

We found that you became disabled under our rules on December 22, 2022.

Enclosure(s):
Pub 05-10153
Return Envelope
Form CMS-2690



C  See Next Page

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is June 2023.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
| --- | --- | --- |
| June 2023 | $1,484.10 | Entitlement began |
| December 2023 | $1,531.50 | Cost-of-living adjustment |
| January 2024 | $1,532.60 | Credit for additional earnings |
| December 2024 | $1,570.90 | Cost-of-living adjustment |



**Information About Medicare**

Your Medicare Part A (hospital insurance) and Part B (medical insurance) start June 2025.

You will get a Medicare card within 2 weeks. You should show this card when you need medical care. To learn more about what Medicare covers, visit Medicare.gov. If you have questions about your Medicare coverage, call 1-800-MEDICARE (1-800-633-4227).

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

**Medicare Prescription Drug Plan Enrollment**

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please contact us.

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $31,997.00 for June 2023 through February 2025. Under the fee agreement, the representative cannot charge you more than $7,999.25 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Office of Central Operations
6401 Security Blvd
BALTIMORE, MARYLAND 21235-6401

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $7,999.25 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $120, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.



The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:



- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind—How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to TANYA MARIE BROWN.

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-563-9310.



SOCIAL SECURITY
11111 GATEWAY W BLVD
EL PASO TX 79935

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

